DEBTOR: Elizardo Lopez          JOINT DEBTOR: Beatriz Lopez          CASE NO.: 15-21226-AJC

Last Four Digits of SS# 1987          Last Four Digits of SS# 3123

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.     $ 440.33     for months 1 to 60; in order to pay the following creditors:

Administrative:          Attorney's Fee - $ 3650 TOTAL PAID $2000 Balance Due $1650
                         payable $ 165.00/month  (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Specialized Loan Servicing, LLC          Arrearage on Petition Date  $1,493.89
Address: POB 636007
Littleton, CO 80129                         Arrears Payment        $ 24.90        /month (Months 1 to 60)
                                            Regular Payment        $ 111.30       /month (Months 1 to 60)
Account No: xxxx1996

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                    Total Due $_____
                           Payable  $_____/month (Months____to ____) Regular Payment $_____
Unsecured Creditors: Pay $ 95.10/month (Months 1 to 10) and Pay $ 260.10/month (Months 11 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Green Tree Servicing, LLC and Miller Dream II Townhouse Association and will continue to pay said creditors directly outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.                         /s/ Robert Sanchez, Esq.
Attorney for Debtor                             Attorney for Joint Debtor
Date: 7/29/2015                                 Date: 7/29/2015

LF-31 (rev. 01/08/10)