**Fill in this information to identify the case:**

Debtor 1: Elizardo M Lopez

Debtor 2: Beatriz J Lopez
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN District of OF FLORIDA
(State)

Case number: 15-21226

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Real Time Resolutions, Inc. as agent for RRA CP Opportunity Trust 2

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 1 9 9 6

**Property address:** 13359 SW 59TH TER
Number    Street

MIAMI    FL    33183
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11 / 20 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
MM / DD / YYYY

Debtor 1  Elizardo M Lopez    Case number (*if known*) 15-21226
  First Name    Middle Name    Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Rose Velasquez    Date 10 / 28 / 2020
  Signature

Print  Rose     Velasquez    Title  Senior Analyst
  First Name  Middle Name  Last Name

Company  Real Time Resolutions, Inc.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  1349 Empire Central Dr. Suite 150
  Number    Street

  Dallas    TX    75247
  City    State    ZIP Code

Contact phone ( 888 ) 741 – 1124    Email  bankruptcy@rtresolutions.com

Form 4100R    Response to Notice of Final Cure Payment    page **2**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF FLORIDA

In re:                    )
ELIZARDO M LOPEZ          )
BEATRIZ J LOPEZ           )
                          )      CHAPTER 13
                          )      CASE NO. 15-21226
Debtors                   )

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing Response to Notice of Final Cure upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

Attorney at Law
Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

NANCY K. NEIDICH
Standing Chapter 13 Trustee
P.O. BOX 279806
Miramar, FL 33027-

ELIZARDO M LOPEZ
BEATRIZ J LOPEZ
13359 SW 59TH TER
MIAMI, FL, 33183-5158

Dated    10/28/2020

Real Time Resolutions, Inc.

By:    /s/ Rose Velasquez

1349 Empire Central,
Suite 150
Dallas, TX 75247